## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **MARILYNN ENGLISH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **1:15-cv-00345-JDL** |
| | ) | |
| | ) | |
| **BAC HOME LOANS SERVICING LP,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 12) with the court on January 29, 2016, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).  The plaintiff filed her Objection to the Magistrate Judge's Recommended Decision (ECF No. 13) on February 4, 2016.  The defendant filed its Response to the Plaintiff's Objection (ECF No. 14) on February 22, 2016.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge (ECF No. 12) is hereby **ADOPTED**, the defendant's motion to dismiss (ECF No. 7) is **GRANTED**, and the plaintiff's complaint (ECF No. 1) is **DISMISSED**.

**SO ORDERED.**

**Dated this 24th day of February, 2016.**

                                                  **/s/ Jon D. Levy**
                                                **U.S. DISTRICT JUDGE**